RECEIVED IN
The Court of Appeals
Sixth District

The Court of Appeals
Sixth District

6-14-00134-CR -    FEB 0 3 2015

FEB 0 3 2015

Texarkana, Texas
Debra Autrey, Clerk

Texarkana, Texas
Debra K. Autrey, Clerk

To: Whom it May Concern

I was told To ask for a extension, and Turn in my Pro Se response. I do Not Know how or what I'm doing. I'm Confused about all this Time i have and why do i have it. i Havent even been alive for 20 years. i Just ~~need~~ Need to get home To my family. i Know i said ~~stuff~~ STUFF out of ~~fear~~ fear and i Know i Said i was Guilty To things, but thats only becouse i was Scared and i ~~felt~~ Felt like i was under alot of Pressure. i didnt Know what To do, i made A mistake. i wasnt fully aware of the time i would get if i acted up in Court. and i still dont Know what this Time means. i've learned my lesson. i am willing To do Whatever i have To do To Get out of here. and i understand That i need help To learn right from wrong Becouse i do Not fully Know The difference. but 20 years in Prison isnt the Place For me. Can Someone Please help me with this Appeal and To help me understand whats going on.

Thank you
for your Time.

God Bless.
Respectfully:
Christopher
Evans.

Christopher
Evans

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 3 2015

Texarkana, Texas
Debra Autrey, Clerk

**IN THE COURT OF APPEALS FOR THE**

**SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA**

**CHRISTOPHER LEE EVANS**

    Appellant

**VS**                             **Cause No. 06-14-00134**

**THE STATE OF TEXAS**

    Appellee

### PRO SE MOTION FOR ACCESS TO APPELLATE RECORD

Christopher Lee Evans' appointed counsel in this matter has filed an *Anders* brief and a motion to withdraw as counsel in this case in accordance with *Anders v. California*, 386 U.S. 738 (1967).

Appellant's counsel has not provided appellant with a copy of the appellate record in this matter. Consequently, to assist appellant in preparing a pro se response to counsel's *Anders* brief, appellant hereby moves this Court for access to the appellate record.

To be timely, this motion must be mailed to the Sixth Court of Appeals within fifteen days of the date on which counsel's letter and this form motion were transmitted to Appellant. *See Kelly v. State*, PD-0702-13, 2014 Tex. Crim. App. LEXIS 911, at *14-16 (Tex. Crim. App. June 25, 2014). Here, to be timely, this motion must be mailed by the Appellant to the Sixth Court of Appeals on or before ~~October 22, 2014~~.

_____       _____, 20 15

Appellant's signature                          Date mailed by Appellant

NOTE: A certificate of service is not required with this motion. Upon receipt of the motion, the Sixth Court of Appeals will transmit a copy to the appropriate representative(s) of the State of Texas.